IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | : : : | CIVIL ACTION<br>No. 19-5350 |
| v. | : : | |
| BERKLEY NATIONAL INSURANCE COMPANY | : : | |

# **ORDER**

AND NOW, this 9th day of July, 2020, upon consideration of Defendant Berkley National Insurance Company's Motion for Judgment on the Pleadings, Plaintiff Travelers Property Casualty Company of America's response, and Berkley's reply, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 22) is DENIED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.